No. 87–822. FONAR CORP. ET AL. *v.* JOHNSON & JOHNSON ET AL. C. A. Fed. Cir. Certiorari denied.

No. 87–823. LUCAS *v.* UNITED STATES. Ct. Mil. App. Certiorari denied.

No. 87–824. RICE *v.* UNITED STATES. Ct. Mil. App. Certiorari denied.

No. 87–831. ABEYTA *v.* UNITED STATES. Ct. Mil. App. Certiorari denied.

No. 87–850. HART SCHAFFNER & MARX ET AL. *v.* SCHULTZ ET VIR, INDIVIDUALLY AND ON BEHALF OF THEIR MINOR DAUGHTER, SCHULTZ. C. A. 5th Cir. Certiorari denied.

No. 87–855. CITY OF FAYETTEVILLE, NORTH CAROLINA *v.* SPELL. C. A. 4th Cir. Certiorari denied.

No. 87–856. MERRILL LYNCH, PIERCE, FENNER & SMITH, INC. *v.* RANDALL ET UX. C. A. D. C. Cir. Certiorari denied.

No. 87–862. VANHERBERT *v.* OHIO. Ct. App. Ohio, Summit County. Certiorari denied.

No. 87–869. NORTH *v.* WALSH. C. A. D. C. Cir. Certiorari denied.

No. 87–874. SHASHATY *v.* CONNECTICUT. Sup. Ct. Conn. Certiorari denied.

No. 87–886. HARGROVE *v.* BOARD OF TRUSTEES OF THE MARYLAND RETIREMENT SYSTEM. Ct. App. Md. Certiorari denied.

No. 87–896. FOSTER *v.* PEDDICORD. C. A. 4th Cir. Certiorari denied.

No. 87–899. OGBORNE *v.* PENNSYLVANIA. Super. Ct. Pa. Certiorari denied.